## In re KALNITZSKY BROS. & OPPENHEIM.

### Appeal of MARLOW.

(Circuit Court of Appeals, Second Circuit. October 24, 1922.)

No. 31.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

In the matter of the estate of Kalnitzsky Bros. & Oppenheim, alleged bankrupts. From an order granting the petition of F. U. Stearns & Co. to refer to a special master to hear and report on their claim to goods in the hands of the receivers in bankruptcy (285 Fed. 649), Meyer Marlow appeals. Affirmed.

Meyer Marlow, of New York City (David K. Shappiro, of New York City, of counsel), for appellant.

W. A. Cunningham, of New York City (White & Case and Ernest G. Fifield, all of New York City, of counsel), for respondent.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

---

## In re BAKER'S BAKING CO.

(District Court, E. D. Pennsylvania. January 15, 1923.)

No. 6230.

1. Bankruptcy ⬅328—Date of final judgment, and not date of receipt of mandate from appellate court, fixes time for proving claim liquidated by litigation.

Under Bankruptcy Act, § 57n (Comp. St. § 9641), a claim liquidated by litigation must be proved within 60 days after final judgment, and not from the time mandate is received from an appellate court which rendered such judgment.

2. Bankruptcy ⬅328—Court is without discretion to extend time for proof of litigated claim.

The court is without discretion to extend the time fixed by Bankruptcy Act, § 57n (Comp. St. § 9641), for making proof of claims liquidated by litigation.

3. Bankruptcy ⬅328—Suit by trustee to set aside mortgage is not filing of claim by creditor for unsecured debt.

Commencement of suit of a trustee to set aside a mortgage as a fraudulent preference cannot be considered as the filing of a claim by the creditor which may be amended, after expiration of the year for presenting claims, to set up the claim as an unsecured debt, after final judgment setting aside the mortgage.

In Bankruptcy. In the matter of the Baker's Baking Company, bankrupt. On review of order of referee disallowing claim of the Dwelling Building & Loan Association. Affirmed.

H. Edgar Barnes, of Philadelphia, Pa., for trustee.

John C. Gilpin and Graham & Gilfillan, all of Philadelphia, Pa., for claimant.

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes